THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THOMAS SIRICO, Appellant.

Submitted August 2, 2010; decided September 23, 2010

Motion to vacate this Court's July 15, 2010 dismissal order granted. Motion for assignment of counsel granted and Robert C. Mitchell, Esq., Legal Aid Society of Suffolk County, Inc., Arthur M. Cromarty Court Complex, 300 Center Drive, PO Box 1697, Riverhead, New York 11901 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH II., Respondent, v SUPERINTENDENT OF SOUTHPORT CORRECTIONAL FACILITY et al., Appellants.

In the Matter of STATE OF NEW YORK, Appellant, v HUMBERTO G., Respondent.

Submitted August 2, 2010; decided September 23, 2010

Motion for reargument denied [*see* 15 NY3d 126 (2010)].